**Joseph W. Borton**
**FOLEY FREEMAN BORTON, PLLC**
Attorneys at Law
77 East Idaho Street, Suite 100
P.O. Box 10
Meridian, Idaho 83680
Phone: (208) 888-9111
Fax No.: (208) 888-5130
State Bar No. 5552

**Attorneys for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **CECILY VAUGHN,**            )<br>                                              )<br>         **Plaintiff,**            )<br>                                              )<br>vs.                                        )<br>                                              )<br>**IDAHO ATHLETIC CLUB, INC.,** an  )<br>Idaho corporation,                )<br>                                              )<br>         **Defendant.**          )<br>_____) | Case No.  1:06-CV-00181-EJL<br><br>**DEFENDANT'S FRCP 26(a)(1)**<br>**INITIAL DISCLOSURES** |

    COMES NOW, Defendant, Idaho Athletic Club, Inc., by and through its attorney of record, Joseph W. Borton of the firm Foley, Freeman, Borton, PLLC, and provides this Court with its initial disclosures pursuant to FRCP 26(a)(1).  Defendant reserves the right to modify this list as matters in dispute are either resolved or clarified.

**DEFENDANT'S FRCP 26(a)(1) INITIAL DISCLOSURES - 1**

A. Witnesses

Shaun Wardle, COO, Idaho Athletic Club, 2999 N. Lake Harbor Lane, Boise, Idaho, 83703, telephone number (208) 884-4635. Mr. Wardle has information concerning the tenure of Plaintiff's employment with Idaho Athletic Club and the scope of the services provided by Plaintiff.

Cheryl Heck, address unknown, Boise, Idaho. Ms. Heck has information concerning records taken by Ms. Vaughn from Idaho Athletic Club upon her termination and Ms. Vaughn's attempt to recruit claimants against Idaho Athletic Club.

Dave Archer, Jason Daniel, Levi Bachman and Thomas Howell, Idaho Athletic Club, 2999 N. Lake Harbor Lane, Boise, Idaho, 83703, telephone number (208) 884-4635. These persons have information concerning Idaho Athletic Club's response to the initial wage claim through the Department of Labor and Ms. Vaughn's compensation and work requirements while at Idaho Athletic Club.

B. The payroll records of Ms. Vaughn and her employment file are available for inspection and copying at the office of Defendant's counsel upon reasonable notice.

C. N/A

D. N/A

DATED this <u>28th</u> day of July, 2006.

                                        FOLEY FREEMAN BORTON PLLC

                                        By:_____/s/_____
                                              Joseph W. Borton
                                              Attorney for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of July, 2006, I caused to be served a true and correct copy of the foregoing Defendant's FRCP 26(a)(1) Initial Disclosures by the method indicated below, and addressed to the following:

| | |
|---|---|
| Grant T. Burgoyne | _X_  E-Mail |
| MAUK & BURGOYNE | ___  Mailed |
| P.O. Box 1743 | ___  FAXED |
| Boise, ID 83701-1743 | ___  Hand-delivered |

                                                               /s/
                                      Joseph W. Borton