IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CECILY VAUGHN, | |
|     Plaintiff, | Case No. CV 06-181-S-MHW |
| v. | **ORDER** |
| IDAHO ATHLETIC CLUB, INC., an Idaho corporation, | |
|     Defendant. | |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Docket No. 15), and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is GRANTED and the case is hereby DISMISSED with prejudice, each party to bear their own costs and attorney's fees.

DATED: May 21, 2007

_____
Honorable Mikel H. Williams
Chief United States Magistrate Judge